USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-8-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TAJ TARSHA,

Defendant.

Case No. 1:26-cr-00341-LAK

**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE THAT, pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4 of this Court, the undersigned hereby stipulate to the substitution of the law firm of Zuckerman Spaeder LLP, by and through its attorneys Aitan D. Goelman and Ariella E. Muller, as attorneys of record for defendant Taj Tarsha in the above-captioned action, in place of and instead of the law firm of Reed Smith LLP, and its attorneys Evan T. Barr and Kaela Dahan.

Mr. Tarsha has consented to this substitution of his attorneys of record and has signed this Stipulation and Proposed Order below.

The incoming attorneys of record for Mr. Tarsha have filed their Notices of Appearance contemporaneously with the filing of this Stipulation and Proposed Order.

This substitution should cause no delay in the proceedings of this case. Incoming counsel does not intend to seek modification of any existing deadlines or dates for court appearances in the case.

Reed Smith LLP states that it will not be asserting a retaining or charging lien in connection with its withdrawal from this matter.

WHEREFORE, the undersigned respectfully request that the Court grant the Stipulation and Proposed Order for Substitution of Counsel.

Dated: September 3, 2026

Respectfully submitted,

**REED SMITH LLP**

*/s/ Evan T. Barr*
Evan T. Barr
Kaela Dahan
599 Lexington Ave.
New York, NY 10022
212-521-5400
ebarr@reedsmith.com
kdahan@reedsmith.com

*Outgoing Counsel for Defendant*

**ZUCKERMAN SPAEDER LLP**

*/s/ Aitan D. Goelman*
Aitan D. Goelman
Ariella E. Muller
485 Madison Ave, 19th Fl.
New York, NY 10022
212-704-9600
agoelman@zuckerman.com
amuller@zuckerman.com

*Incoming Counsel for Defendant*

T. Tarsha
Taj Tarsha

*Defendant*

SO ORDERED:

Dated: 9/8, 2026

The Honorable Lewis A. Kaplan
United States District Judge